**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1796-23

FREEDOM MORTGAGE
CORPORATION,

     Plaintiff-Respondent,

v.

HERBERT MCNEIL,

     Defendant-Appellant,

and

RITA A. GONSALVES, STATE OF NEW
JERSEY, REGISTRAR, STATE OF NEW
JERSEY, DEPARTMENT OF HEALTH,
VITAL STATISTICS AND REGISTRY,
LOCAL REGISTRAR FOR NEWARK
CITY, COUNTY OF ESSEX, STATE
OF NEW JERSEY, and DEPARTMENT
OF HEALTH, VITAL STATISTICS
AND REGISTRY,

     Defendants.

_____

Submitted December 19, 2024 – Decided December 30, 2024

Before Judges Natali and Vinci.

On appeal from the Superior Court of New Jersey, Chancery Division, Essex County, Docket No. F-014785-19.

Herbert McNeil, appellant pro se.

Gross Polowy LLC, attorneys for respondent (Courtney R. Shed, on the brief).

PER CURIAM

The court having been advised the matter was amicably resolved between the parties, the final judgment of foreclosure was vacated, and the underlying foreclosure action was dismissed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1796-23